No. 78–5245.  ALLEN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 78–5252.  BROWN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 78–5281.  YOUNGBEAR v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78–5284.  PALMER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1288.  QUAGLINO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Motions of Martin T. Orne and California Attorneys for Criminal Justice for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 77–1483.  NATIONAL AUTOMOBILE DEALERS ASSN., INC. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–1696.  NEWPORT NEWS SHIPBUILDING & DRY DOCK Co. ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–1540.  INTERNATIONAL BUSINESS MACHINES CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 77–1690.  AMERICAN TELEPHONE & TELEGRAPH Co. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE WHITE would grant certiorari.  MR. JUSTICE BLACKMUN and MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 572 F. 2d 17.